For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**William C. MEYERS, Appellant.**

**WD 79479**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 30, 2017

Karen L. Kramer, Jefferson City, MO, for respondent.

Susan L. Hogan, Kansas City, MO, for appellant.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

William C. Meyers ("Meyers") appeals his convictions of the felony of attempted enticement of a child in violation of section 566.151 and the class D felony of attempted statutory rape in the second degree in violation of section 564.011 and 566.034.

Meyers argues that the State's evidence was insufficient to support a finding of guilt beyond a reasonable doubt with respect to whether Meyers was entrapped into committing the crimes of which he was convicted. Finding no error, we affirm. Rule 30.25(b).